**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6348**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

SHAMON MONAIR GOINS,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, Senior District Judge.  (3:17-cr-00134-FDW-SCR-20)

_____

Submitted:  September 18, 2025            Decided:  September 23, 2025

_____

Before THACKER and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Shamon Monair Goins, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shamon Monair Goins appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction.  We have reviewed the record and conclude that the district court did not abuse its discretion when it denied Goins' motion.  *See United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (reiterating standard of review); *see also Concepcion v. United States*, 597 U.S. 481, 498 n.6 (2022) ("A district court cannot . . . recalculate a movant's benchmark Guidelines range in any way other than to reflect the retroactive application of the Fair Sentencing Act.").  Accordingly, we affirm the district court's order.  *United States v. Goins*, No. 3:17-cr-00134-FDW-SCR-20 (W.D.N.C. Apr. 9, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*